■ In the Matter of MICHAEL COHEN, Appellant, v VINCENT F. NICOLOSI, Respondent, et al., Respondent.—Judgment, Supreme Court, Queens County (Cosmo J. Di Tucci, J.), entered on or about August 16, 1991, unanimously affirmed for the reasons stated by Cosmo J. Di Tucci, J., without costs and without disbursements. Concur—Rosenberger, J. P., Ellerin, Wallach, Smith and Rubin, JJ.